AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PANTECH CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:25-cv-89 |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PANTECH CORPORATION.

Date:   07/07/2025

/s/ Kelly B. Tidwell
*Attorney's signature*

Kelly B. Tidwell
*Printed name and bar number*
2800 Texas Boulevard
Texarkana, Texas 75503

*Address*

kbt@texarkanalaw.com
*E-mail address*

(903) 792-7080
*Telephone number*

(903) 792-8233
*FAX number*