IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>　　　　Defendant. | C.A. No. 5:25-cv-00089-RWS-JBB<br><br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF G. BLAKE THOMPSON IN SUPPORT OF DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO. LTD.'S MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

I, G. Blake Thompson, being of full age, hereby declare as follows:

1. I am an attorney-at-law and associated with the law firm of Mann Tindel Thompson, 112 East Line Street, Suite 304, Tyler, Texas, 75702.

2. I serve as outside counsel for Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") in this action.

3. I am a member in good standing of the Bar of the State of Texas since 2003, as well as the United States District Court for the Eastern District of Texas since 2004.

4. I submit this Declaration in support of OnePlus's Motion to Stay Pursuant to 28 U.S.C. § 1659, filed concurrently herewith.

5. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

6. More particularly, I submit this Declaration to authenticate, and provide to the Court, certain documents cited in OnePlus's Motion to Stay Pursuant to 28 U.S.C. § 1659, submitted concurrently herewith.

7. Attached hereto as **Exhibit A** is a true and correct copy of the publicly-filed version of Complainant Pantech Corporation's Statement Regarding the Public Interest Under 19 C.F.R. § 210.8(b) and Complaint of Pantech Corporation Under Section 337 of the Tariff Act of 1930, As Amended, Investigation No. 337-TA-___, filed on July 2, 2025 with the United States International Trade Commission.

8. Attached hereto as **Exhibit B** is a true and correct copy of the U.S. International Trade Commission's Notice of Institution of Investigation for the matter Certain Mobile Cellular Communications Devices, Investigation No. 337-TA-1456, appearing in Vol. 90, No. 150, pp. 38177-38178 of the Federal Register, dated August 7, 2025, retrieved from the United States International

Trade Commission's Electronic Document Information System (EDIS), https://edis.usitc.gov/external.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of August, 2025.          <u>/s/ G. Blake Thompson</u>
                                                    **G. Blake Thompson**