# EXHIBIT B

8706.00.15, and 8707.10.00 of the Harmonized Tariff Schedule of the United States, that have been found by the U.S. Department of Commerce ("Commerce") to be sold in the United States at less than fair value ("LTFV"), and imports of the subject merchandise from China that have been found to be subsidized by the government of China.[2][3]

## Background

The Commission instituted these investigations effective June 20, 2024, following receipt of petitions filed with the Commission and Commerce by the American Personal Transportation Vehicle Manufacturers Coalition.[4] The final phase of the investigations was scheduled by the Commission following notification of preliminary determinations by Commerce that imports of low speed personal transportation vehicles from China were subsidized within the meaning of section 703(b) of the Act (19 U.S.C. 1671b(b)) and sold at LTFV within the meaning of 733(b) of the Act (19 U.S.C. 1673b(b)). Notice of the scheduling of the final phase of the Commission's investigations and of a public hearing to be held in connection therewith was given by posting copies of the notice in the Office of the Secretary, U.S. International Trade Commission, Washington DC, and by publishing the notice in the **Federal Register** on February 11, 2025 (90 FR 9345). The Commission conducted its hearing on June 12, 2025. All persons who requested the opportunity were permitted to participate.

The Commission made these determinations pursuant to §§ 705(b) and 735(b) of the Act (19 U.S.C. 1671d(b) and 19 U.S.C. 1673d(b)). It completed and filed its determinations in these investigations on August 4, 2025. The views of the Commission are contained in USITC Publication 5652 (August 2025), entitled *Low Speed Personal Transportation Vehicles from China: Investigation Nos. 701–TA–731 and 731–TA–1700 (Final).*

By order of the Commission.

---

[2] 90 FR 26530, June 23, 2025; 90 FR 26536, June 23, 2025.

[3] The Commission also finds that imports subject to Commerce's affirmative critical circumstances determination are likely to undermine seriously the remedial effect of the countervailing and antidumping duty orders on how speed personal transportation vehicles from China (Commissioner David S. Johanson dissenting).

[4] The American Personal Transportation Vehicle Manufacturers Coalition is composed of Club Car, LLC, Evans, Georgia, and Textron Specialized Vehicles, Inc., Augusta, Georgia.

Issued: August 4, 2025.

Lisa Barton,
*Secretary to the Commission.*
[FR Doc. 2025–14995 Filed 8–6–25; 8:45 am]
**BILLING CODE 7020–02–P**

---

## INTERNATIONAL TRADE COMMISSION

[Investigation. No 337–TA–1456]

### Certain Mobile Cellular Communications Devices; Notice of Institution of Investigation

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on July 3, 2025, under section 337 of the Tariff Act of 1930, as amended, on behalf of Pantech Corporation of the Republic of Korea. A supplement was filed on July 30, 2025. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain mobile cellular communications devices by reason of the infringement of certain claims of U.S. Patent No. 9,548,839 ("the '839 patent"); U.S. Patent No. 11,659,503 ("the '503 patent"); U.S. Patent No. 11,051,344 ("the '344 patent"); and U.S. Patent No. 12,267,876 ("the '876 patent"). The complaint further alleges that an industry in the United States exists as required by the applicable Federal Statute. The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

**ADDRESSES:** The complaint, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at *https://edis.usitc.gov.* For help accessing EDIS, please email *EDIS3Help@usitc.gov.* Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205–2000. General information concerning the Commission may also be obtained by accessing its internet server at *https://www.usitc.gov.*

**FOR FURTHER INFORMATION CONTACT:** Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205–2560.

**SUPPLEMENTARY INFORMATION:**

*Authority:* The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR 210.10 (2025).

*Scope of Investigation:* Having considered the complaint, the U.S. International Trade Commission, on August 4, 2025, ordered that—

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 9–12 of the '839 patent; claims 5, 7, and 8 of the '503 patent; claims 2 and 6 of the '344 patent; and claims 4–6 of the '876 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 CFR 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "smartphones, tablets, and laptop computers that are compliant with LTE, LTE Advanced, and/or 5G cellular network standards";

(3) Pursuant to Commission Rule 210.50(b)(l), 19 CFR 210.50(b)(1), the presiding Administrative Law Judge shall take evidence or other information and hear arguments from the parties or other interested persons with respect to the public interest in this investigation, as appropriate, and provide the Commission with findings of fact and a recommended determination on this issue, which shall be limited to the statutory public interest factors set forth in 19 U.S.C. 1337(d)(l), (f)(1), (g)(1);

(4) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is:

Pantech Corporation, 13 Saimdang-ro 8-gil, Suite 402–J420, Seocho-gu, Seoul 06640, Republic of Korea

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

OnePlus Technology (Shenzhen) Co., Ltd., 18F, Tairan Building, Block C, Tairan 8th Road, Chegongmiao, Futian District, Shenzhen, Guangdong, 518040, China

OnePlus USA Corp., 5000 Riverside Drive, Ste. 300, Irving, TX 75039

Lenovo Group Ltd., No. 6 Chuang Ye Road, Haidan District, Shangdi Information Industry Base, Bejing 100085, China

Lenovo (United States) Inc., 1009 Think Place, Morrisville, NC 27650

Motorola Mobility LLC, 600 N U.S. Highway 45, Libertyville, IL 60048

TCL Industries Holdings Co., Ltd., 22/F, TCL Technology Building, No. 17, Huifeng Third Road, Zhongkai Hi-Tech Development District, Huizhou City, Guangdong, China, 516006

TCL Electronics Holdings Ltd., 5th Floor, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong

TCL Communication Ltd., 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong

TCL Communication Technology Holdings Ltd., 22/F, TCL Technology Building, No. 17, Huifeng Third Road, Zhongkai Hi-Tech Development District, Huizhou City, Guangdong, China, 516006

TCL Mobile International Ltd., 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong

Huizhou TCL Mobile Communication Co., Ltd., 86 Hechang 7th West Road, Zhongkai Hi-Tech Development Zone, Huizhou, Guangdong, China, 516006

TCL Mobile Communication (HK) Company Ltd., 5/F, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong

Tinno USA, Inc., 2301 W Plano Pkwy #102, Plano, TX 75075

Shenzhen Tinno Mobile Technology Corp., 27–001 South Side of Tianlong Mobile Headquarters Building, Tongfa South Road, Xili Community, Xili Street, Nanshan District, Shenzhen, Guangdong, China 518000

HMD Global, Karaportti 2, FIN–02610, Espoo, Finland

HMD Global OY, Bertel Jungin aukio 9, 02600, Espoo, Finland

HMD America, Inc., 1200 Brickell Ave., Suite 510, Miami, FL 33131

(c) The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street SW, Suite 401, Washington, DC 20436; and

(5) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR 210.13. Pursuant to 19 CFR 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Issued: August 4, 2025.

**Lisa Barton,**

*Secretary to the Commission.*

[FR Doc. 2025–14996 Filed 8–6–25; 8:45 am]

**BILLING CODE 7020–02–P**

---

# INTERNATIONAL TRADE COMMISSION

[Investigation. No. 337–TA–1457]

## Certain Pre-Stretched Synthetic Braiding Hair and Packaging Therefor (II); Notice of Institution of Investigation

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on July 3, 2025, under section 337 of the Tariff Act of 1930, as amended, on behalf of JBS Hair, Inc. of Atlanta, Georgia. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain pre-stretched synthetic braiding hair and packaging therefor by reason of the infringement of certain claims of U.S. Patent No. 10,786,026 ("the '026 patent"); U.S. Patent No. 10,945,478 ("the '478 patent"); U.S. Patent No. 10,980,301 ("the '301 Patent"); U.S. Patent No. 12,127,616 ("the '616 Patent"). The complaint further alleges that an industry in the United States exists as required by the applicable Federal Statute. The complainant requests that the Commission institute an investigation and, after the investigation, issue a general exclusion order, or in the alternative a limited exclusion order, and cease and desist orders.

**ADDRESSES:** The complaint, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at *https://edis.usitc.gov*. For help accessing EDIS, please email *EDIS3Help@usitc.gov*. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205–2000. General information concerning the Commission may also be obtained by accessing its internet server at *https://www.usitc.gov*.

**FOR FURTHER INFORMATION CONTACT:** Pathenia M. Proctor, The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205–2560.

**SUPPLEMENTARY INFORMATION:** *Authority:* The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR 210.10 (2025).

*Scope of Investigation:* Having considered the complaint, the U.S. International Trade Commission, on August 5, 2025, *ordered that—*

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1 and 9–11 of the '026 patent; claim 20 of the '478 patent; claims 1, 4–9 and 11 of the '301 patent; and claims 11–13 of the '616 patent, and whether an industry in