# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| PANTECH CORPORATION and PANTECH WIRELESS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., <br><br> Defendant. | C.A. No. 5:25-cv-00089-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING ONEPLUS'S UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

Before the Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s ("OnePlus") Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659.

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that proceedings in the above-captioned case are **STAYED** pending the final resolution of proceedings between Pantech Corporation and OnePlus before the United States International Trade Commission, Inv. No. 337-TA-1456.

**SIGNED** this _____ day of _____, 2025.