**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

|  |  |
|---|---|
| PANTECH CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>       Defendant. | Case No. 5:25-cv-00089-RWS-JBB |

**JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pantech Corporation ("Pantech") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") (collectively, the "Parties") jointly move this Court to dismiss with prejudice all claims asserted by Pantech against OnePlus in this action, subject to the terms of the Parties' settlement agreement. The Parties further request that the Court order each Party to bear its own costs and expenses incurred in connection with this litigation through the date of dismissal. A proposed order is attached hereto in accordance with Local Rule CV-7(e).

WHEREFORE, the Parties respectfully request that this Court enter the attached proposed order dismissing this action with prejudice, with each Party bearing its own costs and expenses.

1

Dated: May 26, 2026

Respectfully submitted,

/s/ Blake Thompson
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 East Line Street, Suite 304 Tyler, TX
75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

David M. Airan
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com

*Counsel for Defendant OnePlus*
*Technology (Shenzhen) Co.*

/s/ Geoff Culbertson
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.comJames A Fussell, III

James A. Fussell
Tiffany A. Miller
Clark Bakewell
Courtney Krawice
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel." (202) 263-3000
Fax" (202) 263-3300
jfussell@mayerbrown.com
tmiller@mayerbrown.com
cbakewell@mayerbrown.com
ckrawice@mayerbrown.com

Graham (Gray) Buccigross
**MAYER BROWN LLP**
3000 El Camino Real
2 Palo Alto Square, Ste. 300
Palo Alto, CA 94306-2112
Tel." (650) 331-2000
Fax" (650) 331-0051
gbuccigross@mayerbrown.com

*Counsel for Plaintiff Pantech Corporation*

2

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), the parties conferred via email on this motion and they jointly agree to the filing of this motion.

*/s/ Geoff Culbertson*
Geoffrey Culbertson

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of May, 2026 with a copy of this document via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Geoff Culbertson*
Geoffrey Culbertson