### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| PANTECH CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-cv-00089-RWS-JBB |
| | § | |
| ONEPLUS TECHNOLOGY | § | |
| (SHENZHEN) CO., LTD., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss. Docket No. 9. The parties request the Court to "dismiss with prejudice all claims asserted by Pantech against OnePlus" "subject to the terms of the Parties' settlement agreement." *Id.* Having considered the motion, and because it is joint, the parties' motion is **GRANTED.** Accordingly, it is

**ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE