**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PANTECH CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-cv-00089-RWS-JBB |
| | § | |
| ONEPLUS TECHNOLOGY | § | |
| (SHENZHEN) CO., LTD., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of May, 2026.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE